UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LAURA LYONS,<br><br>    Defendant. | CASE NO. MJ21-142<br>CDCA NO. CR20-596 FMO<br><br>DETENTION ORDER |

<u>Offense charged</u>:   Possession of Fifteen or More Unauthorized Access Devices and Aggravated Identity Theft

<u>Date of Detention Hearing</u>:   March 9, 2021

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

DETENTION ORDER
PAGE -1

1.    Defendant is charged in the Central District of California by Indictment with the above-listed offenses.  Defendant has resided in this state for a relatively short period and has limited ties to the District.  Her criminal record includes multiple felony and misdemeanor convictions in multiple states. The offense conduct is alleged to have occurred in California in 2017. She has no apparent source of income and apparently a long-standing substance abuse history.  She is associated with an alias name and two different social security numbers. Defendant was arrested in this District on the instant charges when she was taken into custody based on alleged shoplifting activity.  She has waived an identity hearing and an Order of Transfer has been signed.

2.    Defendant poses a risk of nonappearance based on a history of failure to appear, probably substance abuse history, possible mental health history, association with alias identifiers, and lack of employment.  Defendant poses a risk of danger based on a pattern of similar criminal activity, probable substance abuse history, and possible mental health history.

3.    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person

DETENTION ORDER
PAGE -2

in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 9th day of March, 2021.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3